UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**In the Matter of:**

                                               CHAPTER 13 PROCEEDINGS

**JOHN LIVELY, JR.**                    CASE NUMBER: 04-24096
**DEBRA ANN EATON-LIVELY**      HON: DANIEL S OPPERMAN
                    **Debtor(s).**
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $13.79 for deposits in the U. S. Registry as evidenced by the attached Check No. 239273 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on June 30, 2009 on behalf of the following creditor;

     SBC          $13.79          June 30, 2009

     Creditor mail has been returned, no Forwarding Order on File.

Date: November 19, 2009                       /s/ Thomas W McDonald
                                                                    Thomas W McDonald, Jr.
                                                                    Chapter 13 Trustee
                                                                    3144 Davenport Ave
                                                                    Saginaw Mi 48602
                                                                    Telephone (989) 792-6766
                                                                    ecf@mcdonald13.org